FILED

2013 Sep-25  PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JESUS AGUILAR RAMIREZ,      )
           )
      Plaintiff ,      )
           )
v.           )   Case No. 2:12-cv-04040-JHH-JEO
           )
JEFFERSON COUNTY SHERIFF'S      )
DEPARTMENT and      )
SHERIFF MIKE HALE,      )
           )
      Defendants.      )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 30, 2013, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 13.)  No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to

28 U.S.C. § 1915A(b) for  failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

DONE this the     25th     day of September, 2013.

James H. Hancock
_____
SENIOR UNITED STATES DISTRICT JUDGE